# Exhibit B-1

**US 6,742,071**

Analysis of Infringement of U.S. Patent No. 6,742,071 by Carter's, Inc.
(Based on Public Information Only)

Near Field Electronics LLC ("Near Field") provides this preliminary and exemplary infringement analysis with respect infringement of U.S. Patent No. 6,742,071, entitled "Real-time I/O processor used to implement bus interface protocols" (the "'071 patent") by Carter's, Inc. ("Carters"). The following chart illustrates an exemplary analysis regarding infringement by Carter's NXP PN512 NFC Front-End or NFC front-end components with similar NFC functionality to the NXP PN512 (collectively, the "Accused Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as Carters has not yet provided any non-public information.

Unless otherwise noted, Near Field contends that Carters directly infringes the '071 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities. The following exemplary analysis demonstrates that infringement.

Unless otherwise noted, Near Field believes and contends that each element of each claim asserted herein is literally met through Carter's provision of the Accused Instrumentalities. However, to the extent that Carters attempts to allege that any asserted claim element is not literally met, Near Field believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Accused Instrumentalities, Near Field did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein. In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Near Field notes that the present claim chart and analysis are necessarily preliminary in that Near Field has not obtained substantial discovery from Carters nor has Carters disclosed any detailed analysis for its non-infringement position, if any. Further, Near Field does not have the benefit of claim construction or expert discovery. Near Field reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Near Field, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

**US 6,742,071**

| Claim # | Accused Instrumentalities |
|---|---|
| 15. A method for providing an interface to an external bus, comprising the steps of: | The Accused Instrumentalities perform a method for providing an interface to an external bus.<br><br>The Accused Instrumentalities comprise the NFC Front-End component(s) of credit card reader Proximity Coupling Devices used by Carters, such as the Verifone M400.<br><br> |

**US 6,742,071**

| | |
|---|---|
| | Photo taken by Plaintiff at 3333 Preston Rd, Frisco, TX 75034<br><br><br>Plaintiff Teardown of Verifone M400 device |

**US 6,742,071**

| | |
|---|---|
| |   **Fig 1. Simplified block diagram of the PN512**<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Figure 1 on 6. |

**US 6,742,071**




**Fig 2. Detailed block diagram of the PN512**

**US 6,742,071**

| | |
|---|---|
| | PN512 Product Data Sheet Rev. 5.3, 2020, Figure 2 on 7. |
| (A) generating a plurality of first control signals in response to a current state of a processor; | The Accused Instrumentalities perform the step of generating a plurality of first control signals in response to a current state of a processor.<br><br>The Accused Instrumentalities generate a plurality of first control signals in response to a current state of a processor.<br><br>The Accused Instrumentalities comprise a processor, i.e. the Accused Instrumentalities process input signals and produce output signals with embedded digital control logic. |

**US 6,742,071**

<table>
<tr><td></td><td>

<br>PN512 Product Data Sheet Rev. 5.3, 2020, Figure 2 at 7.<br><br>The current state of the processor (state machine) is tracked by the ModemState bits in Status2Reg (Address 08h).</td></tr>
</table>

**US 6,742,071**

### 8.2.1.9 Status2Reg

Contains status bits of the Receiver, Transmitter and Data mode detector.

**Table 33. Status2Reg register (address 08h); reset value: 00h, 00000000b**

| | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| | TempSensClear | I²CForceHS | 0 | TargetActivated | MFCrypto1On | Modem State | | |
| Access Rights | r/w | r/w | RFU | dy | dy | r | r | r |

PN512 Product Data Sheet Rev. 5.3, 2020, Section 8.2.1.9 at 31.

| | | | |
|---|---|---|---|
| 2 to 0 | Modem State | ModemState shows the state of the transmitter and receiver state machines. | |
| | | **Value** | **Description** |
| | | 000 | IDLE |
| | | 001 | Wait for StartSend in register BitFramingReg |
| | | 010 | TxWait: Wait until RF field is present, if the bit TxWaitRF is set to logic 1. The minimum time for TxWait is defined by the TxWaitReg register. |
| | | 011 | Sending |
| | | 100 | RxWait: Wait until RF field is present, if the bit RxWaitRF is set to logic 1. The minimum time for RxWait is defined by the RxWait in the RxSelReg register. |
| | | 101 | Wait for data |
| | | 110 | Receiving |

**US 6,742,071**

| | |
|---|---|
| | PN512 Product Data Sheet Rev. 5.3, 2020, Section 8.2.1.9 at 31.<br><br>For example, when in the “Sending” state, the Accused Instrumentalities generate a plurality of first control signals, such as those control signals associated with CommIEnReg, CommIRqReg, RxSelReg, etc. These first control signals are generated in response to a current state of the processor (i.e. the “Sending” state). |

### 8.2.1.3 CommIEnReg

Control bits to enable and disable the passing of interrupt requests.

**Table 21. CommIEnReg register (address 02h); reset value: 80h, 10000000b**

| | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| | IRqInv | TxIEn | RxIEn | IdleIEn | HiAlertIEn | LoAlertIEn | ErrIEn | TimerIEn |
| Access Rights | r/w | r/w | r/w | r/w | r/w | r/w | r/w | r/w |

**Table 22. Description of CommIEnReg bits**

| Bit | Symbol | Description |
|---|---|---|
| 7 | IRqInv | Set to logic 1, the signal on pin IRQ is inverted with respect to bit IRq in the register Status1Reg. Set to logic 0, the signal on pin IRQ is equal to bit IRq. In combination with bit IRqPushPull in register DivIEnReg, the default value of 1 ensures, that the output level on pin IRQ is 3-state. |
| 6 | TxIEn | Allows the transmitter interrupt request (indicated by bit TxIRq) to be propagated to pin IRQ. |
| 5 | RxIEn | Allows the receiver interrupt request (indicated by bit RxIRq) to be propagated to pin IRQ. |
| 4 | IdleIEn | Allows the idle interrupt request (indicated by bit IdleIRq) to be propagated to pin IRQ. |
| 3 | HiAlertIEn | Allows the high alert interrupt request (indicated by bit HiAlertIRq) to be propagated to pin IRQ. |
| 2 | LoAlertIEn | Allows the low alert interrupt request (indicated by bit LoAlertIRq) to be propagated to pin IRQ. |
| 1 | ErrIEn | Allows the error interrupt request (indicated by bit ErrIRq) to be propagated to pin IRQ. |
| 0 | TimerIEn | Allows the timer interrupt request (indicated by bit TimerIRq) to be propagated to pin IRQ. |

PN512 Product Data Sheet Rev. 5.3, 2020, Section 8.2.1.3 at 25.

| | |
|---|---|
| | |

| | |
|---|---|
| | **8.2.1.5 CommIRqReg**<br>Contains Interrupt Request bits. |

**Table 25. CommIRqReg register (address 04h); reset value: 14h, 00010100b**

| | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| | Set1 | TxIRq | RxIRq | IdleIRq | HiAlertIRq | LoAlertIRq | ErrIRq | TimerIRq |
| Access Rights | w | dy | dy | dy | dy | dy | dy | dy |

**Table 26. Description of CommIRqReg bits**

*All bits in the register CommIRqReg shall be cleared by software.*

| Bit | Symbol | Description |
|---|---|---|
| 7 | Set1 | Set to logic 1, Set1 defines that the marked bits in the register CommIRqReg are set.<br>Set to logic 0, Set1 defines, that the marked bits in the register CommIRqReg are cleared. |
| 6 | TxIRq | Set to logic 1 immediately after the last bit of the transmitted data was sent out. |
| 5 | RxIRq | Set to logic 1 when the receiver detects the end of a valid datastream.<br>If the bit RxNoErr in register RxModeReg is set to logic 1, bit RxIRq is only set to logic 1 when data bytes are available in the FIFO. |
| 4 | IdleIRq | Set to logic 1, when a command terminates by itself e.g. when the CommandReg changes its value from any command to the Idle Command.<br>If an unknown command is started, the CommandReg changes its content to the idle state and the bit IdleIRq is set. Starting the Idle Command by the μ-Controller does not set bit IdleIRq. |
| 3 | HiAlertIRq | Set to logic 1, when bit HiAlert in register Status1Reg is set. In opposition to HiAlert, HiAlertIRq stores this event and can only be reset as indicated by bit Set1. |
| 2 | LoAlertIRq | Set to logic 1, when bit LoAlert in register Status1Reg is set. In opposition to LoAlert, LoAlertIRq stores this event and can only be reset as indicated by bit Set1. |
| 1 | ErrIRq | Set to logic 1 if any error bit in the Error Register is set. |
| 0 | TimerIRq | Set to logic 1 when the timer decrements the TimerValue Register to zero. |

PN512 Product Data Sheet Rev. 5.3, 2020, Section 8.2.1.5 at 27.

### 8.2.2.8 RxSelReg

Selects internal receiver settings.

**Table 61. RxSelReg register (address 17h); reset value: 84h, 10000100b**

| | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| | UartSel | | RxWait | | | | | |
| Access Rights | r/w | r/w | r/w | r/w | r/w | r/w | r/w | r/w |

**Table 62. Description of RxSelReg bits**

| Bit | Symbol | Description | |
|---|---|---|---|
| 7 to 6 | UartSel | Selects the input of the contactless UART | |
| | | **Value** | **Description** |
| | | 00 | Constant Low |
| | | 01 | Envelope signal at SIGIN |
| | | 10 | Modulation signal from the internal analog part |
| | | 11 | Modulation signal from SIGIN pin. Only valid for transfer speeds above 424 kbit |
| 5 to 0 | RxWait | After data transmission, the activation of the receiver is delayed for RxWait bit-clocks. During this ‘frame guard time’ any signal at pin RX is ignored. This parameter is ignored by the Receive command. All other commands (e.g. Transceive, Autocoll, MFAuthent) use this parameter. Depending on the mode of the PN512, the counter starts different. In Passive Communication mode the counter starts with the last modulation pulse of the transmitted data stream. In Active Communication mode the counter starts immediately after the external RF field is switched on. | |

**US 6,742,071**

| | |
|---|---|
| | PN512 Product Data Sheet Rev. 5.3, 2020, Section 8.2.2.8 at 44. |
| (B) progressing to a next state based on said current state, at least one internal control signal of said first control signals and an input signal received from said external bus; | The Accused Instrumentalities perform the step of progressing to a next state based on said current state, at least one internal control signal of said first control signals and an input signal received from said external bus.<br><br>For example, during execution of a “Transceive” command, the Accused Instrumentalities progress to the "RxWait" state based on the current “Sending” state, the RxSelReg.RxWait internal control signal, and the “Transceive Command” input signal received from said external bus. |

**US 6,742,071**

| | |
|---|---|
| | \| 2 to 0 \| Modem State \| ModemState shows the state of the transmitter and receiver state machines. Value / Description: 000 IDLE; 001 Wait for StartSend in register BitFramingReg; 010 TxWait: Wait until RF field is present, if the bit TxWaitRF is set to logic 1. The minimum time for TxWait is defined by the TxWaitReg register.; 011 Sending; 100 RxWait: Wait until RF field is present, if the bit RxWaitRF is set to logic 1. The minimum time for RxWait is defined by the RxWait in the RxSelReg register.; 101 Wait for data; 110 Receiving \|<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Section 8.2.1.9 at 31. |

| | |
|---|---|
| | **18.3 PN512 command overview**<br><br>**Table 158. Command overview**<br><br>(see table below)<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Section 18.3 at 101. |

## 18.3 PN512 command overview

**Table 158. Command overview**

| Command | Command code | Action |
|---|---|---|
| Idle | 0000 | no action, cancels current command execution |
| Configure | 0001 | Configures the PN512 for FeliCa, MIFARE and NFCIP-1 communication |
| Generate RandomID | 0010 | generates a 10-byte random ID number |
| CalcCRC | 0011 | activates the CRC coprocessor or performs a self test |
| Transmit | 0100 | transmits data from the FIFO buffer |
| NoCmdChange | 0111 | no command change, can be used to modify the CommandReg register bits without affecting the command, for example, the PowerDown bit |
| Receive | 1000 | activates the receiver circuits |
| Transceive | 1100 | transmits data from FIFO buffer to antenna and automatically activates the receiver after transmission |
| AutoColl | 1101 | Handles FeliCa polling (Card Operation mode only) and MIFARE anticollision (Card Operation mode only) |
| MFAuthent | 1110 | performs the MIFARE standard authentication as a reader |
| SoftReset | 1111 | resets the PN512 |

PN512 Product Data Sheet Rev. 5.3, 2020, Section 18.3 at 101.

**US 6,742,071**

| | |
|---|---|
| | <br>PN512 Product Data Sheet Rev. 5.3, 2020, Figure 2 at 7. |

### 8.2.2.8 RxSelReg

Selects internal receiver settings.

**Table 61. RxSelReg register (address 17h); reset value: 84h, 10000100b**

| | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| | UartSel | | RxWait | | | | | |
| Access Rights | r/w | r/w | r/w | r/w | r/w | r/w | r/w | r/w |

**Table 62. Description of RxSelReg bits**

| Bit | Symbol | Description |
|---|---|---|
| 7 to 6 | UartSel | Selects the input of the contactless UART<br>**Value** — **Description**<br>00 — Constant Low<br>01 — Envelope signal at SIGIN<br>10 — Modulation signal from the internal analog part<br>11 — Modulation signal from SIGIN pin. Only valid for transfer speeds above 424 kbit |
| 5 to 0 | RxWait | After data transmission, the activation of the receiver is delayed for RxWait bit-clocks. During this 'frame guard time' any signal at pin RX is ignored. This parameter is ignored by the Receive command. All other commands (e.g. Transceive, Autocoll, MFAuthent) use this parameter. Depending on the mode of the PN512, the counter starts different. In Passive Communication mode the counter starts with the last modulation pulse of the transmitted data stream. In Active Communication mode the counter starts immediately after the external RF field is switched on. |

PN512 Product Data Sheet Rev. 5.3, 2020, Section 8.2.2.8 at 44.

**US 6,742,071**

| | |
|---|---|
| (C) driving at least one output control signal of said first controls signals onto said external bus; and | The Accused Instrumentalities perform the step of driving at least one output control signal of said first controls signals onto said external bus.<br><br>For example, the Accused Instrumentalities drive one output control signal of said first control signals (CommIEnReg.TxIRq) onto said external bus.<br><br>**Table 22. Description of CommIEnReg bits**<br><br>Bit \| Symbol \| Description<br>7 \| IRqInv \| Set to logic 1, the signal on pin IRQ is inverted with respect to bit IRq in the register Status1Reg. Set to logic 0, the signal on pin IRQ is equal to bit IRq. In combination with bit IRqPushPull in register DivIEnReg, the default value of 1 ensures, that the output level on pin IRQ is 3-state.<br>6 \| TxIEn \| Allows the transmitter interrupt request (indicated by bit TxIRq) to be propagated to pin IRQ.<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Table 22 at 25. |

| | |
|---|---|
| | <br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Figure 2 at 7. |
| (D) updating said current state to said next state. | The Accused Instrumentalities perform the step of updating said current state to said next state.<br><br>The Accused Instrumentalities update said current state to said next state after operations, such as shifting from "Sending" to "RxWait" post-acknowledge, managed by its state machine and reflected in Status2Reg. |

| | |
|---|---|
| | **8.2.1.9 Status2Reg**<br>Contains status bits of the Receiver, Transmitter and Data mode detector.<br>**Table 33. Status2Reg register (address 08h); reset value: 00h, 00000000b** |

| | 7 | 6 | 5 | 4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|
| | TempSensClear | I2CForceHS | 0 | TargetActivated | MFCrypto1On | Modem State | | |
| Access Rights | r/w | r/w | RFU | dy | dy | r | r | r |

PN512 Product Data Sheet Rev. 5.3, 2020, Section 8.2.1.9 at 31.

| | | |
|---|---|---|
| 2 to 0 | Modem State | ModemState shows the state of the transmitter and receiver state machines. |

| Value | Description |
|---|---|
| 000 | IDLE |
| 001 | Wait for StartSend in register BitFramingReg |
| 010 | TxWait: Wait until RF field is present, if the bit TxWaitRF is set to logic 1. The minimum time for TxWait is defined by the TxWaitReg register. |
| 011 | Sending |
| 100 | RxWait: Wait until RF field is present, if the bit RxWaitRF is set to logic 1. The minimum time for RxWait is defined by the RxWait in the RxSelReg register. |
| 101 | Wait for data |
| 110 | Receiving |

**US 6,742,071**

| | |
|---|---|
| | PN512 Product Data Sheet Rev. 5.3, 2020, Section 8.2.1.9 at 31. |