# Exhibit E-1

**US 7,373,531**

Analysis of Infringement of U.S. Patent No. 7,373,531 by Carter's, Inc.
(Based on Public Information Only)

Near Field Electronics LLC ("Near Field") provides this preliminary and exemplary infringement analysis with respect infringement of U.S. Patent No. 7,373,531, entitled "Signal Detection Method, Frequency Detection Method, Power Consumption Control Method, Signal Detecting Device, Frequency Detecting Device, Power Consumption Control Device and Electronic Apparatus" (the "'531 patent") by Carter's, Inc. ("Carters"). The following chart illustrates an exemplary analysis regarding infringement by Carter's NXP PN512 NFC Front-End or NFC front-end components with similar NFC functionality to the NXP PN512 (collectively, the "Accused Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Infringing Instrumentalities, as Carters has not yet provided any non-public information.

Unless otherwise noted, Near Field contends that Carters directly infringes the '531 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Infringing Instrumentalities. The following exemplary analysis demonstrates that infringement. Unless otherwise noted, Near Field further contends that the evidence below supports a finding of indirect infringement under 35 U.S.C. §§ 271(b) and/or (c), in conjunction with other evidence of liability under one or more of those subsections.

Unless otherwise noted, Near Field believes and contends that each element of each claim asserted herein is literally met through Carter's provision of the Infringing Instrumentalities. However, to the extent that Carters attempts to allege that any asserted claim element is not literally met, Near Field believes and contends that such elements are met under the doctrine of equivalents. More specifically, in its investigation and analysis of the Infringing Instrumentalities, Near Field did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Infringing Instrumentalities, as set forth herein. In each instance, the identified feature of the Infringing Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Near Field notes that the present claim chart and analysis are necessarily preliminary in that Near Field has not obtained substantial discovery from Carters nor has Carters disclosed any detailed analysis for its non-infringement position, if any. Further, Near Field does not have the benefit of claim construction or expert discovery. Near Field reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Near Field, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

**US 7,373,531**

| Claim # | Accused Instrumentalities |
|---|---|
| 2. A signal detection method comprising the steps of: | The Accused Instrumentalities perform a signal detection method.<br><br>The Accused Instrumentalities comprise the NFC Front-End component(s) of credit card reader Proximity Coupling Devices used by Carters, such as the Verifone M400.<br><br> |

**US 7,373,531**

| | |
|---|---|
| | Photo taken by Plaintiff at 3333 Preston Rd, Frisco, TX 75034<br><br>Plaintiff Teardown of Verifone M400 device<br><br>The Accused Instrumentalities' RX pin detects modulated signals received from the antenna of an NFC Credit Card Reader. |

US 7,373,531

## 1. General description

PN512 is the most broadly adopted NFC frontend - powering more than 10 billion NFC transactions per year.

It is a highly integrated NFC frontend for contactless communication at 13.56 MHz. This NFC frontend utilizes an outstanding modulation and demodulation concept completely integrated for different kinds of contactless communication methods and protocols at 13.56 MHz.

PN512 Product Data Sheet Rev. 5.3, 2020, Section 1 at 1.




**Fig 2. Detailed block diagram of the PN512**

| | |
|---|---|
| | PN512 Product Data Sheet Rev. 5.3, 2020, Figure 2 at 7. |
| detecting a through current flowing through a circuit to which a signal is inputted from an input terminal; | The Accused Instrumentalities perform the step of detecting a through current flowing through a circuit to which a signal is inputted from an input terminal.<br><br>In the Accused Instrumentalities, the RF Level Detector detects a through current caused by modulations in anRF-field, flowing through a circuit to which a signal is inputted from an input terminal (the RX pin).<br><br>The analog interface handles the modulation and demodulation of the analog signals according to the Card Receiving mode, Reader/Writer mode and NFCIP-1 mode communication scheme.<br><br>The RF level detector detects the presence of an external RF-field delivered by the antenna to the RX pin.<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Section 5 at 6. |

**US 7,373,531**

| | |
|---|---|
| | <br><br>**Fig 2. Detailed block diagram of the PN512**<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Figure 2 at 7. |
| determining that the signal is in a first state in which the signal repeatedly goes to a high level and a low level | The Accused Instrumentalities perform the step of determining that the signal is in a first state in which the signal repeatedly goes to a high level and a low level alternately when the through current is detected. |

**US 7,373,531**

| | |
|---|---|
| alternately when the through current is detected; and | NFC signals, such as ISO/IEC 14443A and B, use a modulation technique called Amplitude Shift Keying (ASK), wherein the signal is in a first state in which the carrier signal is repeatedly brought to a high level and a low level alternately to represent binary data (0's and 1's). The Accused Instrumentalities receive the signal and determine that the carrier signal is in a first state in which the signal repeatedly goes to a high level and a low level when the through current is detected due to modulation. The specific type of ASK used by ISO/IEC 14443A is Manchester coding with On-Off-Keying (OOK).<br><br>**1. General description**<br><br>PN512 is the most broadly adopted NFC frontend - powering more than 10 billion NFC transactions per year.<br><br>It is a highly integrated NFC frontend for contactless communication at 13.56 MHz. This NFC frontend utilizes an outstanding modulation and demodulation concept completely integrated for different kinds of contactless communication methods and protocols at 13.56 MHz.<br><br>The PN512 NFC frontend supports 4 different operating modes<br>• Reader/Writer mode supporting ISO/IEC 14443A/MIFARE and FeliCa scheme<br>• Reader/Writer mode supporting ISO/IEC 14443B<br>• Card Operation mode supporting ISO/IEC 14443A/MIFARE and FeliCa scheme<br>• NFCIP-1 mode<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Section 1 at 1. |

### 3.4.1 Introduction

For the communication from PICC to PCD, both Type A and Type B use load modulation as shown in Figure 3.3. The carrier frequency $f_c$ is used to derive a subcarrier with frequency $f_s$ equal to $f_c/16$ (~847 kHz). Switching a load on and off at this frequency creates the subcarrier causing a different current to flow through the antenna of the PICC when in the loaded state than when in the unloaded state (the unloaded state of the subcarrier is the stable state when the PICC is not sending bits). This difference in current in the PICC antenna is sensed by the PCD.

**Figure 3.3: Load Modulation**



**US 7,373,531**

| | |
|---|---|
| | EMV Level 1 Specifications for Payment Systems v3.2, 2022, Section 3.4.1 at 58. |

<table>
<tr>
<td></td>
<td>

### 4.4.2 Bit Coding PICC → PCD – Type A

The bit coding used by the PICC is Manchester coding with OOK subcarrier modulation (see Figure 4.7).

**Figure 4.7: Manchester Coding with OOK**




EMV Level 1 Specifications for Payment Systems v3.2, 2022, Section 4.4.2 at 80.
</td>
</tr>
</table>

**US 7,373,531**

**Table 64. Description of RxThresholdReg bits**

| Bit | Symbol | Description |
|---|---|---|
| 7 to 4 | MinLevel | Defines the minimum signal strength at the decoder input that shall be accepted. If the signal strength is below this level, it is not evaluated. |
| 3 | - | Reserved for future use. |
| 2 to 0 | CollLevel | Defines the minimum signal strength at the decoder input that has to be reached by the weaker half-bit of the Manchester-coded signal to generate a bit-collision relatively to the amplitude of the stronger half-bit. |

PN512 Product Data Sheet Rev. 5.3, 2020, Table 64 at 44.

| | |
|---|---|
| determining that the signal is in a second state in which the signal is kept at one of a high level and a low level when the through current is not detected in a predetermined period of time. | The Accused Instrumentalities perform the step of determining that the signal is in a second state in which the signal is kept at one of a high level and a low level when the through current is not detected in a predetermined period of time.<br><br>When the through current is not detected in a predetermined period of time, the PN512 determines that the signal is in a second state in which the signal is kept at one of a high level and a low level due to the absence of modulation (i.e. no further transmission of data). |

| | |
|---|---|
| | **Table 100. Description of TModeReg bits**<br><br>\| Bit \| Symbol \| Description \|<br>\| 7 \| TAuto \| Set to logic 1, the timer starts automatically at the end of the transmission in all communication modes at all speeds or when bit InitialRFOn is set to logic 1 and the RF field is switched on. In mode MIFARE and ISO14443-B 106kbit/s the timer stops after the 5th bit (1 startbit, 4 databits) if the bit RxMultiple in the register RxModeReg is not set. In all other modes, the timer stops after the 4th bit if the bit RxMultiple the register RxModeReg is not set. If RxMultiple is set to logic 1, the timer never stops. In this case the timer can be stopped by setting the bit TStopNow in register ControlReg to 1. Set to logic 0 indicates, that the timer is not influenced by the protocol. \|<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Table 100 at 57.<br><br>For instance, if configured to do so, the Accused Instrumentalities may propagate an interrupt request as a result of determining that the signal is in said second state.<br><br>\| 0 \| TimerIEn \| Allows the timer interrupt request (indicated by bit TimerIRq) to be propagated to pin IRQ. \|<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Table 100 at 57. |